1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11  **CHASE MORELLO,**                    )
                                          )
12              **Plaintiff,**            )    **Case No. CV 16-4440 DMG (AJW)**
                                          )
13          **v.**                        )
                                          )
14  **MARY JO WHITE, Chair,**             )    **ORDER ACCEPTING REPORT**
    **United States Securities and**      )    **AND RECOMMENDATION OF**
15  **Exchange Commission,**              )    **MAGISTRATE JUDGE**
    **UNITED STATES SECURITIES AND**      )
16  **EXCHANGE COMMISSION,**              )
                                          )
17              **Defendants.**           )
    _____   )
18

19          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation

20  of Magistrate Judge ("Report") and the objections to the Report.  Good cause appearing, the Court

21  accepts the findings and recommendations contained in the Report after having made a *de novo*

22  determination of the portions to which objections were directed.  Accordingly, the Court will enter

23  Judgment dismissing this action without prejudice.

24          **IT IS SO ORDERED**.

25

26  DATED:  September 27, 2017

27                                              _____
                                                DOLLY M. GEE
28                                              United States District Judge