UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHASE MORELLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV 16-04440 DMG (AJW) |
| | ) | |
| v. | ) | |
| | ) | |
| MARY JO WHITE, Chair, United States Securities and Exchange Commission, UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) ) ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATEd: September 27, 2017

_____
DOLLY M. GEE
United States District Judge